**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| XAVIER PAISANO FLORES,<br><br>Petitioner,<br><br>vs.<br><br>LEONARD ODDO *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:25-cv-496<br><br>District Judge Stephanie L. Haines<br>Magistrate Judge Peter E. Ormsby |

**ORDER**

On today's date, a search of the ICE online detainee locator revealed no records for Petitioner. Within ten (10) days of today's date, each party shall file an update regarding Petitioner's location. If Petitioner is no longer in ICE custody or is no longer within the United States, Respondent shall attach appropriate documentation of same.

AND NOW, this 20th day of October 2026, IT IS SO ORDERED.

BY THE COURT:

Peter E. Ormsby
United States Magistrate Judge