Case 3:25-cv-00496-SLH-PEO Document 16 Filed 11/02/26 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Xavier PAISANO FLORES,

*Petitioners*,

v.

Leonard ODDO, in his official capacity as Warden of the Moshannon Valley Processing Center; Brian MCSHANE, in his official capacity as Acting Field Office Director of the Philadelphia Field Office, Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam BONDI, in her official capacity as Atttorney General.

*Respondents*.

No. 3:25-cv-00496-KAP

**[PROPOSED]**
**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

WHEREAS, on December 10, 2025, petitioner Xavier Paisano Flores ("Mr. Paisano Flores") brought this action for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement and seeking an order from this Court directing that he be released;

WHEREAS, in October 2026, Mr. Paisano Flores concluded his removal proceedings and was removed from the United States; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

New York, New York
Nov. 2, 2026

Attorney for Petitioner

Pittsburgh, Pennsylvania
Nov. 2, 2026

MICHAEL LEO IVORY
United States Attorney for the
Western District of Pennsylvania
Attorney for Respondents

/s/ Paige Austin
Paige Austin, Esq.
Make the Road New York
301 Grove Street
Brooklyn, New York 11237
Tel. (718) 418-7690

/s/ Michael Leo Ivory
Michael Leo Ivory , Esq. (PA ID No. 59296)
Assistant United States Attorney
700 Grant Street , Suite 4000
Pittsburgh, PA 15219
Tel. (412) 644-3500

SO ORDERED: November 2, 2026

______________________________
United States District Judge